IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 08 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00747-BNB

ANONYMOUS HUMAN RIGHTS ACTIVIST,

    Plaintiff,

v.

DARRON FOSTER,
P. RANGEL,
OFFICER SZEMBORSKI,
DEBRA LOCKE, and
ATTORNEY SYNSAVOLLE,

    Defendants.

## ORDER TO UNSEAL CASE

An unidentified Plaintiff who designates himself as "Anonymous Human Rights Activist" is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum (ADX), in Florence, Colorado. He attempted to initiate this lawsuit *pro se* by submitting the following documents titled: (1) "Pro-Se Motion for Preliminary Injunction and/or Protective Order and Request for Immediate Evidentiary Hearing with Brief in Support," (2) "Application to Proceed In District Court Without Prepaying Fees or Costs," (3) "Motion for Protective Order; Filing(s) Under Seal," (4) "Summons in a Civil Case," (5) "United States Marshals Service Process Receipt and Return," and 6) a letter "Re: Injunction and Pleadings." By separate order, Plaintiff will be directed to cure certain deficiencies in this action.

Plaintiff asks in various documents including in the "Motion for Protective Order; Filing(s) Under Seal" that the Court not use his name on any Court documents because he fears for his life. He specifically asks that his alias be used on any documents made a part of the Court's file, but that his real name be used on the envelopes transmitting these documents to him. The Court initially sealed this case in response to Plaintiff's allegations that his life is in danger. Using Plaintiff's alias on Court documents and his real name on mailing envelopes, as Plaintiff requests, is inappropriate and impracticable.

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, a court may unseal a filing. Plaintiff in the "Motion for Protective Order; Filing(s) Under Seal" alleges in support of his request to seal that he has been falsely labeled an informant for the government, ADX inmates have access to court records via the prison's electronic law library, his filings are being scrutinized by gang members, and he has been "targeted for murder," apparently by other inmates. *See* Motion for Protective Order; Filing(s) Under Seal at 3.

On close examination of the file, the Court has determined Plaintiff's contention that his life is in danger relies on vague and conclusory allegations, without factual support. In addition, the plaintiff alleges that the rumor that he is a snitch for the government has been widely circulated since 1994. Therefore, by unsealing this action the Court does not disclose any information not already widely circulated. *See* Motion for Protective Order; Filing(s) Under Seal at 3. Lastly, Plaintiff has not yet filed a complaint and, therefore, the Court lacks knowledge of the claims he intends to assert.

IT IS ORDERED:

2

1.  The "Motion for Protective Order; Filing(s) Under Seal" (document no. 3) is denied; and

2.  The Clerk of the Court shall unseal this action.

DATED April 8, 2011, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00747-BNB

Anonymous Human Rights Activist
Reg. No. 24733-037
ADX Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 8, 2011.

                            GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk