```
                                                              FILED
                                                   UNITED STATES DISTRICT COURT
                                                        DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUN 23 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00747-BNB

ANONYMOUS HUMAN RIGHTS ACTIVIST,
Registration No. 24733-037, also known as
DAMANI MUATA NANTAMBU, also known as
DAMMI MUATA NANTAMBU, also known as
D. M. N.,

    Plaintiff,

v.

P. RANGEL,
COUNSELOR D. FOSTER,
WARDEN DAVIS,
WARDEN WILEY,
A. W. MILUSNIC,
A. W. FOX,
C. O. G. BREAM,
C. O. SZEMBORKI,
COUNSELOR R. MADISON,
COUNSELOR G. KNOX,
CAPTAIN KRIST,
LT. RIVERS,
LT. EISCHEN,
SIA KRIST,
DEBRA LOCKE,
ATTORNEY SYNSAVOLLE,
MARK COLLINS,
LT. JANSON,
LT. DAN CLARK,
MEDICAL TECH ROGERS,
NONA GLADBACHE,
HARRELL WATTS,
REGIONAL DIRECTOR MCNALLEY,
C. O. D. KEEHAN,
C. O. A. STASRY,
C. O. B. SHERIDAN,
RAY BRIGGS,
B. O. P.,
E. ALEXANDER,
JOHN DOE 1-5(s),

Y. FETTERHOFF,
SIS SMITH,
C. O. MANSPEAKER, and
M. SMITH,

      Defendants.

## ORDER OF DISMISSAL

On May 17, 2011, Magistrate Judge Boyd N. Boland ordered Plaintiff, Anonymous Human Rights Activist, Registration Number 24733-037, also known as Damani Muata Nantambu, Dammi Muata Nantambu, and D. M. N., to file within thirty days a second and final amended complaint that complied with the directives of the May 17 order, including but not limited to compliance with Rule 8 of the Federal Rules of Civil Procedure.

Plaintiff has failed within the time allowed to file a second and final amended complaint or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Anonymous Human Rights Activist, Registration Number 24733-037, also known as Damani Muata Nantambu, Dammi Muata Nantambu, and D. M. N., to file within the time allowed a second and final amended complaint that complies with the directives of the order of May 17, 2011, and for his failure to prosecute. It is

FURTHER ORDERED that the clerk of the Court mail Plaintiff's copy of this order addressed to:

Anonymous Human Rights Activist
Reg. No. 24733-037, also known as
Damani Muata Nantambu, also known as
Dammi Muata Nantambu, also known as
D. M. N.
ADX Florence
PO Box 8500
Florence, CO 81226. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this __23rd__ day of ____June____, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00747-BNB

Anonymous Human Rights Activist
Reg. No. 24733-037, also known as
Damani Muata Nantambu, also known as
Dammi Muata Nantambu, also known as
D. M. N.
ADX Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 23, 2011.

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                                  Deputy Clerk